**Order entered March 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00884-CR

**RACHEAL MEACHELL MATHEWS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82553-2013**

## ORDER

The Court **DENIES** appellant's March 17, 2015 pro se request for appointment of new counsel. *See Buntion v. Harmon*, 827 S.W.2d 945 (Tex. Crim. App. 1992); *Sampson v. State*, 854 S.W.2d 659 (Tex. App.–Dallas 1992, no pet.).

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Racheal Matthews, TDCJ No. 1934058, Murray Unit, 1916 N. Hwy 36 Bypass, Gatesville, Texas 76596.

We **DIRECT** the Clerk to send copies of this order, by first-class mail, to counsel for all parties.

/s/    ADA BROWN
        JUSTICE